THE STATE, DEFENDANT IN ERROR, v. GEORGE VEZ, PLAINTIFF IN ERROR.

Argued November 16, 1909—Decided November 16, 1909.

On error to the Middlesex Oyer and Terminer.

For the plaintiff in error, *George S. Silzer* and *John A. Coan.*

For the state, *Theodore B. Booraem,* prosecutor of the pleas.

PER CURIAM.

No merit being found in any of the grounds urged for reversal, the judgment under review herein should be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON, JJ. 15.

*For reversal*—None.